**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

BRYAN ORTIZ HERNANDEZ,

      Petitioner,

    v.                                  CIVIL ACTION NO.   3:26-cv-00369

TODD M. LYONS, et al.,

      Respondents.

**ORDER TO SHOW CAUSE**

On May 28, 2026 Petitioner Bryan Ortiz Hernandez was arrested in Oak Hill, WV. That same day Petitioner filed by next friend Stacey Richards a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [ECF No. 1]. He filed the petition because he remains in state custody, on information and belief, in the Poca, WV ICE processing center.

By statute the court must quickly resolve this matter:

> A court, justice or judge entertaining an application for a writ of habeas corpus *shall forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.

28 U.S.C. § 2243 (emphasis added). *See also* 28 U.S.C. § 1651 (All Writs Act); *Gonzalez-Pablo v. Mason*, 788 F. Supp. 3d 759 (S.D. W. Va. 2025) (Goodwin, J.); *Larrazabal-Gonzalez v. Mason*, No. 2:26-cv-00049, 2026 WL 221706 (S.D. W. Va. Jan. 28, 2026) (Goodwin, J.).

Accordingly, it is **ORDERED** that this case shall proceed as follows:

(1) Respondents **shall not remove or facilitate the removal** of Petitioner from the Southern District of West Virginia pending further order of the court;

(2) Respondents shall file a written response to this Order on why the Petition for Writ of Habeas Corpus should not be granted by **Wednesday, June 3, 2026 at 10:00 a.m.;**

(3) Counsel for Petitioner shall ensure that Respondents are **IMMEDIATELY** served with the Petition, [ECF No. 1] and this Order to Show Cause.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented

party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:        May 29, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2