THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION


BRYAN ORTIZ HERNANDEZ,

      Petitioner,

v.                                                                    CIVIL ACTION NO.   3:26-cv-00369

TODD M. LYONS, et al.,

      Respondents.


**ORDER TO SHOW CAUSE**

Pursuant to the notice of voluntary dismissal, [ECF No. 3], the Show Cause Order, [ECF No. 5], is **VACATED**. The case is **DISMISSED** and **ORDERED** removed from the active docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:          May 29, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE